# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| AMIR AYARI, § | |
| § | |
| Plaintiff, § | Civil Action No. 5:15-cv-00663 |
| § | |
| v. § | |
| § | |
| CREDIT ONE BANK § | |
| § | |
| Defendant. § | |
| § | |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Michael Halley Bernick* | */s/ Amy L. Bennecoff Ginsburg* |
| Michael Halley Benick, Esq. | Amy L. Bennecoff Ginsburg, Esq. |
| Reed Smith LLP | Kimmel & Silverman, P.C. |
| 811 Maine, Suite 1700 | 30 East Butler Pike |
| Houston, TX 77002 | Ambler, PA 19002 |
| Phone: (713) 469-3800 | Phone: (215) 540-8888 |
| Fax: (713) 469-3899 | Fax: (877) 788-2864 |
| Email: mbernick@reedsmith.com | Email: aginsburg@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: June 1, 2016 | Date: June 1, 2016 |

BY THE COURT:

_____
J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 1st day of June, 2016:

Michael Halley Benick, Esq.
Reed Smith LLP
811 Maine, Suite 1700
Houston, TX 77002
Phone: (713) 469-3800
Fax: (713) 469-3899
Email: mbernick@reedsmith.com
Attorney for the Defendant

Raagini R. Shah Esq.
Reed Smith LLP
355 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Phone: (213) 457-8000
Email: rshah@reedsmith.com
Attorneys for Defendant

/s/ Amy L. Bennecoff Ginsburg
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff